## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **DANETTA LEE COX-CORDOVA and DAVID RUSSELL COX,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**FRANK STEWART COX,**<br><br>                    Defendant. | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION**<br><br>**Case No. 2:11cv43DAK**<br><br>**Judge Dale A. Kimball** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B).  On June 13, 2012, Magistrate Judge Warner issued a Report and Recommendation concluding that Defendant's motion to dismiss should be granted and that Defendant's motion to strike should be deemed moot.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it.  The court has not received an objection, and the time for filing an objection has passed.

The court has reviewed the case *de novo* and the court agrees with the Report and Recommendation in its entirety.  The court hereby  adopts it as the order of the court. Accordingly, Defendant's motion to dismiss is GRANTED and Defendant's motion to strike is MOOT.

DATED this 9th day of July, 2012.

BY THE COURT:

DALE A. KIMBALL
United States District Judge